# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LOPEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent. | Case No. 8:24-cv-02825-SPG (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF NO. 16]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 16 ("Report")). Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections may have been made.

The Report recommends the denial of the Petition as untimely and the dismissal of this action with prejudice. (*Id.*). Petitioner's objections to the Report, (ECF No. 17 ("Objections")), do not merit any change to any of the Report's findings or recommendations.

Petitioner objects that he is entitled to a later limitations starting date because he belatedly discovered his claims due to "malfeasance" by his attorney. (*Id.* at 4). On the contrary, Petitioner is not entitled to a later limitations starting date under 28

U.S.C. § 2244(d)(1)(D). The Court agrees with the Report that "the Petition's grounds for relief concern either (1) trial errors of which he was necessarily aware when he was convicted or (2) appellate counsel's performance of which he was aware before his conviction became final." (Report at 6).

Petitioner objects that he is actually innocent, based on allegedly new evidence that someone else committed the murder. (Objections at 5-8). The Court agrees with the Report that the claim finds no support. (Report at 10). Moreover, as the Report found, eyewitnesses placed Petitioner at the scene of the crime, one of whom saw him shoot the victim and another of whom saw him armed with a gun before the shooting. (ECF No. 1 at 72-73, 97-98). The Court also agrees with the Report that Petitioner's allegations about the police's failure to conduct forensic examinations is speculative. (Report at 11). Finally, the Court agrees with the Report that Petitioner's allegations about his right to forensic testing is not cognizable. (*Id*. at 12 n.12).

## ORDER

It is ordered that (1) the Report and Recommendation of the Magistrate Judge is accepted; (2) Respondent's motion to dismiss is granted; and (3) Judgment shall be entered denying the Petition with prejudice.

DATED: October 7, 2025

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE