JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANCISCO LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>JANAN CAVAGNOLO, Warden,<br><br>Respondent. | Case No. SA CV 24-02825-SPG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss is granted and the Petition is DISMISSED with prejudice.

Date: October 7, 2025

SHERILYN PEACE GARNETT
United States District Judge